# Exhibit B:
# Peyton Yates Freiman's
# Power of Attorney executed by
# And for
# Charles Edward Lincoln

## DURABLE POWER OF ATTORNEY

Pursuant to Chapter 12, §§490-504, of the Texas Probate Code, Charles Edward Lincoln appoints PEYTON YATES FREIMAN, whose cellular telephone number is 512-971-1191, as his agent and attorney-in-fact, to appear in Court pursuant specifically to Probate Code §500(4) and to do all other things which Charles Edward Lincoln can lawfully do for himself: "in connection with an action or litigation, perform any lawful act the principal could perform." This power of attorney is intended to expand and supplement rather than limit the Powers of Peyton Yates Freiman to act as my trustee pursuant to previous appointments, declarations, and deeds, also previously of record with the Travis & Williamson District and County Clerks according to law.

This power of attorney is effective immediately and shall not be affected by my subsequent disability or death. No third party shall ever be held liable for reliance on this power of attorney unless such third party has actually received a copy of a revocation of this power of attorney executed in a manner of equal dignity and formality to the present document.

Done and Executed in Cedar Park, Williamson County, Texas, on this 30th day of March 2007

Charles Edward Lincoln
6102 Valleyview Drive
Lago Vista, Texas 78645

Tel.: (512) 267-5144
Fax: (512) 918-9589

Agency Accepted and Fiduciary Responsibilities
Acknowledged: _____
PEYTON YATES FREIMAN

### JURAT

Before me, on this 30th day March 2007, Charles Edward Lincoln & Peyton Yates Freiman appeared together to execute and acknowledge this document, and having been duly sworn on their oaths did acknowledge this Durable Power of Attorney freely and with full understanding of the powers and responsibilities transferred thereby.

_____
Notary Public, State of Texas
Williamson County



LAUREN HANKS
NOTARY PUBLIC
STATE OF TEXAS
My Comm Exp 09 22 09

# Exhibit B:
# April 8, 2008
# Letter, Notice, & Deeds
# From Bruce H. Clark



## Clark & Clark
### Attorneys at Law

3624 North Hills Drive, Suite 205A
Austin, Texas 78731

Bruce H. Clark
Deborah G. Clark

www.clarkandclarklaw.com

(512) 241-1800
Fax: (512) 241-1760

Writer's e-mail address:
bruce@clarkandclarklaw.com

April 8, 2008

**Via 1st Class and CMRRR# 7006 3450 0000 3117 8377**
**Via Email: charles.e.lincoln@att.net**
Charles Edward Lincoln, III
1250 South Pinellas Avenue
#206
Tarpon Springs Florida 34689

Re: Peyton Freiman

Dear Mr. Lincoln:

Enclosed you will find the following:

1. Notice of Termination of Trust of Charles Edward Lincoln for Tierra Limpia.
2. Quitclaim Deeds (3)

As stated in the Notice of Termination, there is no trust and Peyton Freiman is no longer your trustee of the trust. Further, my client has conveyed back to you whatever ownership interest he possesses in the three Travis County properties: American Drive, Valleyview Drive/Dawn Drive and Alamo Drive. The deeds along with the Notice of Termination are being recorded in the real property records for the appropriate county.

As it relates to the Shelley Thompson lawsuit, my suggestion is that you continue to defend your interests in the manner in which you feel is appropriate.

My client has a couple items of personal property that belongs to you. He is shipping those items directly to you. As to any mail he is receiving, he is submitting the appropriate changes of address to the senders so that you can receive your mail.

Do not in any way communicate with the Freiman family again, as they will not respond. Cease referencing Peyton Freiman as your trustee, because that statement is false. On that note, remove Peyton from your website as being identified as your trustee.

Sincerely,

Bruce H. Clark
4345-001/corr/lincoln040108ltr
Encl.

# NOTICE OF TERMINATION OF TRUST OF
# "CHARLES EDWARD LINCOLN FOR TIERRA LIMPIA"

WHEREAS, on or about April 14, 2007, Charles Edward Lincoln, III (hereinafter "Lincoln") executed a trust agreement that purported to create a Trust referred to as the "Trust of Charles Edward Lincoln for Tierra Limpia" (hereinafter "Trust").

WHEREAS, Peyton Yates Freiman, (hereinafter "Freiman") was requested by Charles Edward Lincoln III to serve as trustee and after Lincoln made certain material representations regarding himself, the Trust and its administration, Freiman agreed to serve as trustee.

WHEREAS, the Trust originally had nominal cash assets but Lincoln expended the funds and there remain no further assets of the trust. The Trust has no corpus.

WHEREAS, approximately 6 months prior to the creation of the trust, Lincoln purportedly deeded the following three properties (hereinafter "Properties") to Freiman, without consideration, and at the time of the conveyance indicated that his intent was to ultimately deed the Properties to a trust. It is uncertain what ownership interests Lincoln had in the properties at the time of the purported conveyances to Freiman. The Properties were never conveyed to this Trust and Freiman never intended to receive nor does he want to receive any ownership interests in the Properties:

- Lot 26014, Highland Lake Section 26 Amended, an addition to the City of Lago Vista, Travis County, Texas according to map or plat recorded in map records of Travis County Texas more commonly known as 2203 American Drive, Lago Vista, Texas 78645.

- Lots 10, 13 & 14, Block E, Lago Vista Section One, being an addition to the City of Lago Vista, Travis County Texas, according to the map or plat recorded in the real property records of Travis County Texas more commonly known as 6102 – 6200 Valleyview Drive, Lago Vista, Texas 78645 and 21014 Dawn Drive, Lago Vista, Texas 78645.

- Parcel ID Number 0166831018000, Lot 10048 Highland Lake Estates, Section 10, being a subdivision in Travis County Texas within the City of Lago Vista, according to the map or plate recorded in Volume 51, Page 79, Plat Records of Travis County Texas more commonly known as 3701 Alamo Cove, Lago Vista, Texas 78645.

WHEREAS, by Quitclaim Deeds dated April 8, 2008, Freiman conveyed whatever ownership he might have in the Properties to Lincoln, without express or implied warranties, which have been duly recorded in the real property records of Travis County, Texas.

1

WHEREAS, Freiman believes that Lincoln made material misrepresentations of fact relating to the nature, scope and purpose of the conveyances of properties and the Trust including the role Freiman would undertake as trustee.

NOW THEREFORE, based upon the recitals provided above, the Trust is terminated for the following reasons:

(a) because there is no property owned by the Trust;
(b) pursuant to Texas Property Code §112.059 (uneconomic trust);
(c) material misrepresentation to Freiman; and
(d) the Trust violates public policy.

All future communications relating to the Trust or these properties should be forwarded to:

Charles Edward Lincoln, III
1250 South Pinellas Avenue
#206
Tarpon Springs Florida 34689
Email: charles.e.lincoln@att.net.

This document was executed in multiple originals on this _____ day of April 2008.

Peyton Yates Freiman

STATE OF TEXAS §
§
COUNTY OF TRAVIS §

This instrument was acknowledged before me by Peyton Yates Freiman on this the _8_ day of April 2008.

Notary Public, State of Texas

BRUCE H. CLARK
Notary Public, State of Texas
My Commission Expires
July 20, 2008

2

# QUITCLAIM DEED

**Date:** April 8, 2008

**Grantor:** Peyton Yates Freiman

**Grantor's Mailing Address:** 300 E. Riverside Dr.
#132
Austin, Texas 78704

**Grantee:** Charles Edward Lincoln, III

**Grantee's Mailing Address:** 1250 South Pinellas Avenue
#206
Tarpon Springs Florida 34689

**Consideration:** $10.00 and other valuable consideration, the receipt and sufficiency of which is acknowledged

**Property:**

Lots 10, 13 & 14, Block E, Lago Vista Section One, being an addition to the City of Lago Vista, Travis County Texas, according to the map or plat recorded in the real property records of Travis County Texas more commonly known as 6102 – 6200 Valleyview Drive, Lago Vista, Texas 78645 and 21014 Dawn Drive, Lago Vista, Texas 78645

**Conveyance without Warranty:**

Grantor, for the consideration conveys to Grantee all of Grantor's right, title and interest in and to the Property, without warranty of any kind, either express or implied, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executors, administrators, successors or assigns forever.

When the context requires, singular nouns and pronouns include the plural.

_Peyton Yates Freiman_

- 1 -

STATE OF TEXAS §
§
COUNTY OF TRAVIS §

This instrument was acknowledged before me by Peyton Yates Freeman on this the ___8___ day of April 2008.



Notary Public, State of Texas

After Recording Return to:

Peyton Yates Freiman
300 E. Riverside Dr.
#132
Austin, Texas 78704

# QUITCLAIM DEED

**Date:** April 8, 2008

**Grantor:** Peyton Yates Freiman

**Grantor's Mailing Address:**    300 E. Riverside Dr.
#132
Austin, Texas 78704

**Grantee:** Charles Edward Lincoln, III

**Grantee's Mailing Address:** 1250 South Pinellas Avenue
#206
Tarpon Springs Florida 34689

**Consideration:** $10.00 and other valuable consideration, the receipt and sufficiency of which is acknowledged

**Property:**

Parcel ID Number 0166831018000, Lot 10048 Highland Lake Estates, Section 10, being a subdivision in Travis County Texas within the City of Lago Vista, according to the map or plate recorded in Volume 51, Page 79, Plat Records of Travis County Texas more commonly known as 3701 Alamo Cove, Lago Vista, Texas 78645.

**Conveyance without Warranty:**

Grantor, for the consideration conveys to Grantee all of Grantor's right, title and interest in and to the Property, without warranty of any kind, either express or implied, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executors, administrators, successors or assigns forever.

When the context requires, singular nouns and pronouns include the plural.

_____
Peyton Yates Freiman

- 1 -

STATE OF TEXAS           §
                         §
COUNTY OF TRAVIS         §

    _8_ This instrument was acknowledged before me by Peyton Yates Freeman on this the _8_ day of April 2008.


BRUCE H. CLARK
Notary Public, State of Texas
My Commission Expires
July 20, 2008

Notary Public, State of Texas

After Recording Return to:

Peyton Yates Freiman
300 E. Riverside Dr.
#132
Austin, Texas 78704

# QUITCLAIM DEED

**Date:** April 8, 2008

**Grantor:** Peyton Yates Freiman

**Grantor's Mailing Address:** 300 E. Riverside Dr.
#132
Austin, Texas 78704

**Grantee:** Charles Edward Lincoln, III

**Grantee's Mailing Address:** 1250 South Pinellas Avenue
#206
Tarpon Springs Florida 34689

**Consideration:** $10.00 and other valuable consideration, the receipt and sufficiency of which is acknowledged

**Property:**

Lot 26014, Highland Lake Section 26 Amended, an addition to the City of Lago Vista, Travis County, Texas according to map or plat recorded in map records of Travis County Texas more commonly known as 2203 American Drive, Lago Vista, Texas 78645

**Conveyance without Warranty:**

Grantor, for the consideration conveys to Grantee all of Grantor's right, title and interest in and to the Property, without warranty of any kind, either express or implied, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executors, administrators, successors or assigns forever.

When the context requires, singular nouns and pronouns include the plural.

_____
Peyton Yates Freiman

STATE OF TEXAS         §
                       §
COUNTY OF TRAVIS       §

_ρ/_ This instrument was acknowledged before me by Peyton Yates Freeman on this the _8_ day of April 2008.



Notary Public, State of Texas

After Recording Return to:

Peyton Yates Freiman
300 E. Riverside Dr.
#132
Austin, Texas 78704