# Exhibit C:
# April 10, 2008
# Letter from Bruce H. Clark



# Clark & Clark
### Attorneys at Law

3624 North Hills Drive, Suite 205A
Austin, Texas 78731

Bruce H. Clark
Deborah G. Clark

www.clarkandclarklaw.com

(512) 241-1800
Fax: (512) 241-1760

Writer's e-mail address:
bruce@clarkandclarklaw.com

April 10, 2008

**Via 1st Class and CMRRR# 7007 3020 0001 2439 1609**
**Via Email: charles.e.lincoln@att.net**
Charles Edward Lincoln, III
1250 South Pinellas Avenue
#206
Tarpon Springs Florida 34689

**Via 1st Class and CMRRR# 7007 3020 0001 2439 1616**
**Via Email: ds@davidsibley.com**
David Sibley
PO Box 276
Gregory, Texas 78359

Re: Peyton Freiman – Trust of Charles Lincoln for Tierra Limpia
Shelley Thompson v. Peyton Freiman and Charles Lincoln

Dear Mr. Lincoln and Mr. Sibley:

Please be advised that I have withdrawn as counsel for Peyton Freiman and his family on all matters. Nothing has been recorded by way of a termination of the trust or any type of deeds and no offers of settlement have been made on the Thompson lawsuit. The status of all matters is the same as it was before I was engaged in representation. Peyton's family has indicated to me that they have no intention of paying an attorney to handle Peyton's affairs and since Peyton does not have any money to retain me I am forced to withdraw. I have advised Peyton to deal with all parties directly to attempt to reach a resolution of these problems. You are both free to communicate with him directly.

Thank you for your courtesies and professionalism during the time of my engagement as counsel. I wish everyone the best of luck in resolving your differences.

Sincerely,

Bruce H. Clark
4345-001/corr/notice of withdrawal041008ltr