FILED

2008 AUG 18 AM 10: 58

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES EDWARD LINCOLN, III, §
Plaintiff, §
§
versus §
§ **CASE #: 8:08-cv-00696-JDW-EAJ**
LENNIE S. FREIMAN, §
CLAUDIA YATES FREIMAN, §
Individudally and dba CALDWELL § Jury trial demanded of all issues so
BROKERAGE, & BRUCE H. CLARK, § triable under the 7th Amendment and
Defendants. § 28 U.S.C. §1861 et seq.

**STATUS REPORT AND REQUEST FOR ADDITIONAL TIME PENDING SETTLEMENT NEGOTIATIONS TO SERVE AND INITIATE COMPLAINT FOR DAMAGES and ACTION FOR TRUST ACCOUNTING**

**And NOTICE OF CHANGE OF ADDRESS & TELEPHONE NUMBER**

Plaintiff reports to the Court that he is in daily contact with his trustee Peyton Yates Freiman who wishes to work out a modification of the Trust Agreement, basis for the dispute giving rise to this lawsuit, but as of August 15, 2008, no modified Trust Agreement or other satisfactory agreement has yet been reached between the parties.

Plaintiff is not in a position to waive or dismiss ANY of the allegations of his Complaint File April 11, 2008, but neither does Plaintiff wish to suspend the cooperative relationship he has currently with Peyton Yates Freiman, who appears to have shaken off, at least temporarily, the hold which the defendants in this cause had exercised over him. Specifically, Peyton Yates Freiman has requested, and Charles Edward Lincoln has agreed, NOT finally to serve all Defendants and initiate active litigation in this case until all avenues of settlement have been explored and foreclosed.

In short, Plaintiff Charles Edward Lincoln prays that this court will allow him until the end of December 2008, either to reach an agreement with the parties to this suit

and voluntarily to dismiss or else to have the complaint served and proceed to litigation. In particular, this would require that the Court accept Plaintiff's good-faith efforts to settle this suit as evidence of "Good Cause" why the 120 day deadline for serving all Defendants should be extended another 145 days (until Friday, January 9, 2008).

WHEREFORE, Plaintiff moves and requests for an enlargement of time until January 3, 2008, to effect service of process on all defendants in this case, showing as good cause that settlement negotiations are continuous and ongoing, and that the failure to serve the Defendants is the DIRECT and PROXIMATE result of these negotiations rather than any lack of diligence on Plaintiff's part or lack of seriousness or concern with the rules of court or the merits of this litigation. Quite the contrary: it is precisely because a resolution of these vital issues is so important that the issues have not yet been resolved and remain under almost daily discussion among the interested parties.

NOTICE OF CHANGE OF ADDRESS:

Plaintiff Charles E. Lincoln is currently resident at:

16 Trowbridge Street, #12, Cambridge MA 02138

with Telephone 512-968-2500 and e-mail charles.e.lincoln@att.net.

Respectfully submitted,

August 15, 2008

Charles Edward Lincoln, III
16 Trowbridge Street, #12
Cambridge, MA 02138

Telephone: 512-968-2500
E-mail: charles.e.lincoln@att.net

**CERTIFICATE OF SERVICE**

Pursuant to the ongoing settlement litigations, Plaintiff is providing a copy of this Status Report and Request to Enlarge Time to Serve Defendants Pending Ongoing Settlement Negotiations on Peyton Yates Freiman via e-mail (freimanthird@gmail.com, peyton@mrfreiman.com) to Bruce H. Clark by e-mail, and by Lennie & Claudia Freiman via regular mail to these Defendants Individually and dba Caldwell Brokerage & caldwellbrokerage.com, 7635 FM 32 FISCHER, TX 78623 on August 15, 2008.

Charles E. Lincoln, pro se